IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50125
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

ERNEST FRANKLIN,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-95-CR-240(1)
- - - - - - - - - -
August 21, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Ernest Franklin appeals his sentences for conspiracy to
distribute crack cocaine and aiding and abetting in its
distribution.  Franklin contends that the disparity between crack
and powder cocaine guideline sentences violates equal protection
and due process.  This court has consistently rejected the
argument that the disparity in sentencing with respect to cocaine
powder and cocaine base constitutes a violation of equal

_____

      [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

protection, due process, or the Eighth Amendment.  See e.g.,
United States v. Wilson, 77 F.3d 105, 112 (5th Cir. 1996).  We
find that Franklin's appeal is frivolous.

APPEAL DISMISSED.  See 5th Cir. R. 42.2.